**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Nicole Keith, et al.
                    Plaintiff,

v.                                    Case No.: 1:15−cv−10381
                                      Honorable Amy J. St. Eve

Ferring Pharmaceuticals, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 12, 2016:

    MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 5/12/2016. Plaintiffs' motion to appoint interim co−lead counsel [43] is granted. Shanon Carson and Katrina Carroll are apointed as interim co−lead counsel for plaintiffs.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.